UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY JAMIL FLENAUGH,

                    Plaintiff,

          v.

GREATER LAKES MENTAL
HEALTHCARE,

                    Defendant.

CASE NO. 3:26-cv-05247-LK

ORDER GRANTING
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *In Forma Pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is **GRANTED**.

Because Plaintiff has filed this lawsuit seeking IFP status, the Court shall consider whether Plaintiff has adequately stated a claim. *See* 28 U.S.C. § 1915(e)(2). Therefore, Plaintiff is advised the assigned United States District Judge will review the Complaint under § 1915(e)(2)(b). The Court further advises that summons may not be issued and further filings submitted by Plaintiff may not be considered until after the assigned District Judge completes the review.

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 13th day of March, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2